AMY VAN ZANT, CA Bar No.197426
avanzant@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650-614-7403

Attorneys for Defendant
TALKDESK, INC.

THOMAS M. MCINERNEY, CA Bar No. 162055
thomas.mcinerney@ogletree.com
GRAHAM M. HELM, CA Bar No. 316002
graham.helm@ogletree.com
MOHAMMAD R. MOJADDIDI, CA Bar No. 322348
mohammad.mojaddidi@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Plaintiff
WILLIAM WELCH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

WILLIAM WELCH,

Plaintiff,

v.

TALKDESK, INC.,

Defendant.

Case No. 4:25-cv-04738-DMR

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff William Welch and Defendant Talkdesk Inc., by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

.

Dated: July 15, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Amy Van Zant

AMY VAN ZANT
Attorneys for Defendant
TALKDESK, INC.

Dated: July 15, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Thomas M. McInerney

THOMAS M. MCINERNEY
Attorneys for Plaintiff
WILLIAM WELCH

**Attestation re Electronic Signatures**

I, Thomas M. McInerney, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 15, 2025 **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Thomas M. McInerney
Thomas M. McInerney